IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CYNTHIA L. EMRICH, )
 )
              Plaintiff, )
 )
    v. ) 1:13cv1012
 )
CAROLYN W. COLVIN, )
Acting Commissioner of Social )
Security, )
 )
              Defendant. )

## JUDGMENT

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously with this Judgment,

IT IS ORDERED AND ADJUDGED that Cynthia L. Emrich's motion for judgment reversing the Commissioner (Doc. 16) is DENIED, the Commissioner's motion for judgment on the pleadings (Doc. 18) is GRANTED, and this action is DISMISSED WITH PREJUDICE.

                                        /s/   Thomas D. Schroeder
                                     United States District Judge

March 2, 2015